IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **JOSEPH ANTHONY REYNA,**<br>*Plaintiff,*<br><br>v.<br><br>**NELNET, INC., ET AL.,**<br>*Defendants.* | §§§§§§§§ | NO. 1:25-CV-01107-ADA-DH |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell regarding the merits of Plaintiff Joseph Anthony Reyna's claims pursuant to 28 U.S.C. § 1915(e). Dkt. 6. The report recommends Plaintiff Reyna's claims be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B). The Report and Recommendation was filed September 15, 2025. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on September 22, 2025, (Dkt. 9); September 23, 2025, (Dkt. 8); and October 1, 2025 (Dkt. 11). The Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to the Report and Recommendation, and the

applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Dustin M. Howell, Dkt. 6, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

Accordingly, the Clerk's Office is directed to **CLOSE** this case and terminate all pending motions.

**SIGNED** on October 21, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE